### ALLEIN agt. VSHER

Josias Allein plaint. ag$^t$ John Vsher Def$^t$ in an action of the case for witholding the Summe of three hundred and Sixty pounds in currant mony of New-England due upon the Forfiture of an Obligation under his hand and Seale bearing date the. 16th of January 1676. with all due damages &c. . . . The Jury . . . found for the plaint. three hundred and Sixty pounds mony Forfiture of the bond & costs of Court. Vpon request of the Def$^t$ & hearing of both parties, (the plaint. acknowledging the receipt of one hundred & Eighty pounds) The Court chancered this Forfiture to Forty five pounds mony the full remainder of the condition of s$^d$ Obligation & costs of Court. 34$^s$ 3$^d$ [470]

### BALLARD agt. WATTS

Jarvis Ballard plaint. ag$^t$ the Estate of Michael Watts of London Merchant in the hands of Benjamin Davis or wheresoever it may bee found Def$^t$ in an action of the case for the witholding or non payment of thirty two pounds and ten Shillings or thereabout due in mony upon acco$^t$ with all other due damages etc. . . . The Jury . . . found for the Defend$^t$ costs of Court. m$^r$ Hudson Leverett appearing as Attourny for the plaint. appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants and himselfe principall in thirty two pounds and John Fayreweather and William Coleman Sureties in £.16. apeice were respectiuely bound . . . for the prosecution of s$^d$ Appeale . . .

[See Records of Court of Assistants, i. 112.]

### RAYNSFORDS ag$^t$ GREEN

John Raynsford David Raynsford and Solomon Raynsford plaint$^s$ ag$^t$ William Green Def$^t$ in an action of trespass upon the case for improving and wharfing upon a peice or parcell of Land beach or Flatts jointly belonging to them the s$^d$ Raynsfords lying at the Southerly end of the Town of Boston in the reare of theire Father Raynsfords Orchard pretending an interest in the s$^d$ Land or Flatts, and thereby defaming the just and Legall title of the plaint$^s$ thereunto, which is to theire damage about one hundred pounds with all other due damages etc. . . . The Jury . . . found for the plaint$^s$ the land in controversy & costs of Court allow$^d$ twenty Seven Shillings eight pence.